**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

CASE NO. 15-cr-00320-RM

UNITED STATES OF AMERICA

       Plaintiff,

v.

JOSEPH WAYNE LYNCH, II,

       Defendant.

---

**ORDER CONTINUING SUBPOENAS**

---

This matter is before the Court *sua sponte* following the Court's continuing the start of trial in this matter from January 19, 2016 to February 22, 2016.

IT IS HEREBY ORDERED:

That subpoenas issued and served in this matter are hereby continued and extended, such that the compliance or return date is now February 22, 2016, so as to correlate with the continued trial date.

DATED this 6th day of January, 2016.

                                              BY THE COURT:

                                              _____
                                              RAYMOND P. MOORE
                                              United States District Judge