# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson | Date:  January 28, 2016 |
| Court Reporter:  Tammy Hoffschildt | Interpreter:  n/a |
| Probation Officer:  n/a | |

**CASE NO.   15-cr-00320-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Jason St. Julien |
| | Mark Pestal |
| Plaintiff, | |
| v. | |
| 1.  JOSEPH WAYNE LYNCH, II, | John M. Richilano |
| Defendant. | |

## COURTROOM MINUTES

**MOTION HEARING**
**COURT IN SESSION:     8:58 a.m.**
Appearances of counsel.   Defendant is present and on bond.

Discussion held and argument given regarding Defendant's Memorandum in Support of Proposed Jury Instructions Re Mens Rea (Doc. 55).

**Court in recess:     10:12 a.m.**
**Court in session:    10:28 a.m.**

Court's findings.

**ORDERED:** Defendant's Memorandum in Support of Proposed Jury Instructions Re Mens Rea (Doc. 55) is denied as stated on the record, and the Court declines to give the proposed jury instructions (Docs. 55-1, 55-2, and 55-3).

Discussion held regarding witness proffers, oral attorney proffers, and written proffers.

Mr. Richilano advises that he has prepared a motion *in limine* regarding evidence.

Mr. Richilano, at the request of the defendant, orally moves to waive Defendant's appearance at the Trial Preparation Conference.   The Court questions Defendant regarding the request.

**ORDERED:**  Defendant's oral motion to waive his appearance at the Trial Preparation Conference is granted.

**ORDERED:**  Defendant is continued on bond.

**COURT IN RECESS:**     **10:58 a.m.**
**Total in court time:**     **1:44**
**Hearing concluded**